Form minord

**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois
216 Federal Building
100 N.E. Monroe St.
Peoria, IL 61602–1003

---

*In Re:* Allied Welding, Inc.                           *Case No.:* 19–81007
*Debtor(s)*                                             *Chapter* 11

---

### *ORDER*

*Notice is hereby provided:*

☑   A Hearing having been held 3/25/2021 on the following matters:

☐   The following having been filed:

1. Debtor's Motion for Entry of Final Decree (Doc. #304)

*IT IS ORDERED THAT:*

| MATTER | ACTION |
|--------|--------|
| 1.     | Allowed |

*Other:*

Dated: 3/25/21

                                                  /S/   Thomas L. Perkins
                                         United States Bankruptcy Judge

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.